Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−15298−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Doris McQuarters
179 Berkeley Ave
Bloomfield, NJ 07003

Social Security No.:
xxx−xx−7801

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/7/25
Time:            08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 19, 2025
JAN:

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15298-VFP |
| Doris McQuarters | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 19, 2025 | Form ID: 132 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Doris McQuarters, 179 Berkeley Ave, Bloomfield, NJ 07003-5736 |
| 520657923 | + | Power Pay Llc, Attn: Bankruptcy, 2900 Horizon Dr Suite 200, King of Prussia, PA 19406-2651 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2025 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2025 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520657912 | + | Email/PDF: bncnotices@becket-lee.com | May 19 2025 21:04:49 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520657913 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 19 2025 21:06:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520657914 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2025 21:24:36 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520657915 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2025 21:05:05 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520657916 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 19 2025 21:23:41 | Chase Mortgage, Attn: Legal Correspondence Center, 700 Kansas Ln Mail Code La4-7200, Monroe, LA 71203-4774 |
| 520657917 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2025 21:23:30 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520657918 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2025 21:07:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520657919 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2025 21:07:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520657920 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2025 21:07:00 | Comenity Capital Bank, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 520657921 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2025 21:07:00 | Comenity/Burlington, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520657922 | | Email/Text: camanagement@mtb.com | May 19 2025 21:07:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520657924 | + | Email/Text: bankruptcy@sccompanies.com | May 19 2025 21:07:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520657925 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:25:30 | Syncb/Old Navy, Attn: Bankruptcy, Po Box |

| | | | | |
|---|---|---|---|---|
| | | | | 965060, Orlando, FL 32896-5060 |
| 520657926 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:23:44 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520657927 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:05:34 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520657928 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:05:16 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520657929 | + | Email/Text: bncmail@w-legal.com | May 19 2025 21:07:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Jerome Witherspoon | on behalf of Debtor Doris McQuarters daveslaw321@gmail.com prissycatina@yahoo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3