Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−15298−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Doris McQuarters
  179 Berkeley Ave
  Bloomfield, NJ 07003

Social Security No.:
  xxx−xx−7801

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 11, 2025.


Dated: August 11, 2025
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15298-VFP |
| Doris McQuarters | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 11, 2025 | Form ID: plncf13 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Doris McQuarters, 179 Berkeley Ave, Bloomfield, NJ 07003-5736 |
| 520657923 | + | Power Pay Llc, Attn: Bankruptcy, 2900 Horizon Dr Suite 200, King of Prussia, PA 19406-2651 |
| 520746272 | + | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520657912 | + | Email/PDF: bncnotices@becket-lee.com | Aug 11 2025 21:05:24 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520657913 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 11 2025 20:48:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520657914 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2025 20:54:39 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520657915 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2025 21:05:35 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520657916 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 11 2025 20:53:11 | Chase Mortgage, Attn: Legal Correspondence Center, 700 Kansas Ln Mail Code La4-7200, Monroe, LA 71203-4774 |
| 520726831 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2025 20:54:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520657917 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2025 21:05:33 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520657918 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2025 20:50:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520657919 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2025 20:50:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520657920 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2025 20:50:00 | Comenity Capital Bank, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 520657921 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2025 20:50:00 | Comenity/Burlington, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520746492 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2025 20:50:00 | Jefferson Capital Systems, LLC, PO BOX 7999, |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | SAINT CLOUD, MN 56302-9617 |
| 520724221 | ^ MEBN | Aug 11 2025 20:43:54 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520657922 | Email/Text: camanagement@mtb.com | Aug 11 2025 20:50:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520754224 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2025 20:53:34 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520749908 | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2025 20:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520749907 | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2025 20:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520657924 | + Email/Text: bankruptcy@sccompanies.com | Aug 11 2025 20:51:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520697571 | + Email/Text: bankruptcy@sccompanies.com | Aug 11 2025 20:51:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520657925 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2025 21:05:33 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520657926 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2025 21:05:42 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520657927 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2025 20:53:11 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520657928 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2025 20:54:49 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520657929 | + Email/Text: bncmail@w-legal.com | Aug 11 2025 20:49:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2025            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Jerome Witherspoon | |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2025 | Form ID: plncf13 | Total Noticed: 29 |

|  |  |
|---|---|
|  | on behalf of Debtor Doris McQuarters daveslaw321@gmail.com prissycatina@yahoo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4